# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:12cr72**

**V.**

**ORDER**

**TOMMIE LEE WILLIAMS**

___

**THIS MATTER IS BEFORE THE COURT** on United States Attorney's Motion, (Doc. No. 70. ) Motion to Seal Governments' Response to Defendant's Motion to Reduce Sentence (Doc. No. 67)

**IT IS ORDERED**, that United States Attorney's Motion (Doc. No.70) is **GRANTED.**

Signed: October 13, 2021

Frank D. Whitney
United States District Judge